**United States District Court**
For the Northern District of California

1

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

MICHAEL LOUIS OVERTON,                    No. C 13-2229 WHA (PR)

9
                 Plaintiff,               **ORDER OF DISMISSAL**

10

     vs.

11

G. LUZ; M. VANDEMEY,

12

                 Defendants.

13 _____/

14

         This pro se civil rights action was filed on May 16, 2013.  On that same day, plaintiff

15

was notified he had neither paid the filing fee nor submitted an application for leave to proceed

16

in forma pauperis.  A copy of the court's form for applications to proceed in forma pauperis was

17

provided with the notice, along with a return envelope.  Plaintiff was informed that if he did not

18

either pay the fee or file the application within thirty days the case would be dismissed.

19

         No response has been received.  This case is therefore **DISMISSED** without prejudice.

20

The clerk shall close this file.

21

         **IT IS SO ORDERED.**

22

23   Dated: September ____6____, 2013.

                                          WILLIAM ALSUP
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28